JOSEPH A. EISENBERG P.C. (Bar No. 52346)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: jae@jmbm.com

KEITH D. DIAMOND (*pro hac vice* admission pending)
LAW OFFICES OF KEITH D. DIAMOND, P.A.
2771 Executive Park Drive, Suite 3
Weston, FL 33331
Telephone: (954) 306-0034
Facsimile: (954) 306-0811
Email: kddpa@bellsouth.net

Attorneys for Active Sports Lifestyle USA, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In Re<br><br>The Active Wallace Group, a California Corporation,<br><br>Debtor. | CASE NO. 6:09-bk-15370-RN<br><br>Chapter 11<br><br>**DECLARATION OF ISSA LADHA IN SUPPORT OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**<br><br>Date: June 30, 2009<br>Time: 10:00 a.m<br>Place: Courtroom 1645 |

### DECLARATION OF ISSA LADHA IN SUPPORT OF ADEQUATE ASSURANCE

I, ISSA LADHA, declare as follows

1. I am the manager of Active Sports Lifestyle USA, LLC (the "Purchaser").

2. I am familiar with each of the facts stated herein, and they are stated of my own

personal knowledge. If called as a witness, I could and would competently testify with respect to the matters set forth herein. Each of the facts set forth in this declaration is true and correct, to the best of my actual knowledge, information and belief.

3. I formed the Purchaser with the intent of acquiring the operating assets and certain leases of the debtor, The Active Wallace Group (the "<u>Debtor</u>"), including the Riverside lease (the "<u>Riverside Lease</u>").

4. The Court approved a sale of the Debtor's assets to Purchaser at a hearing held on June 30, 2009, which sale closed on July 3, 2009 (the "<u>Sale</u>").

5. The Sale Order provided that the Riverside Lease was subject to the Court's further determination relative to cure by Debtor and Purchaser's demonstration of adequate assurance of future performance.

6. As for adequate assurance of future performance, Purchaser hereby submits the foregoing:

    a. Pursuant to my direction and control, a two-year projection was prepared for all stores (the "<u>Projection</u>"), which demonstrates the timely performance of all rent obligations, including the Riverside Lease. The Projection demonstrates the ability of the Purchaser to timely meet all of its operating obligations under the leases. A true and correct copy of the Projection is attached hereto as Exhibit "A".

    b. Pursuant to my direction and control, a two-year projection was prepared for the Riverside Lease location only (the "<u>Riverside Projection</u>"), which demonstrates the ability of the Purchaser to timely meet all of its operating obligations under the Riverside Lease. A true and correct copy of the Riverside Projection is attached hereto as Exhibit "B".

    c. Pursuant to my direction and control, a post-closing balance sheet was prepared reflecting the current assets and liabilities of the Purchaser. The balance sheet reflects that the Purchaser is properly capitalized for its current venture, thereby further demonstrating additional assurance of adequate assurance of future performance. The balance sheet reflects $1,100,000 in cash and $4,200,000 in inventory. A true and correct copy of the post-closing balance sheet is attached hereto as Exhibit "C".

d.  For additional assurance of future performance, I hereby agree to personally guarantee the post closing obligations for the first six months under the Riverside Lease. A true and correct copy of my personal financial statement has been filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at [CITY, STATE], Mira Loma, CA on this 6 day of July, 2009.

_____
ISSA LADHA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308

The foregoing document described <u>DECLARATION OF ISSA LADHA IN SUPPORT OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 6, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond G Alvarado    ralvarado@adorno.com
- George B Blackmar    gblackmar@bpslaw.net
- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- Louis J Cisz    lcisz@nixonpeabody.com
- Susan S Davis    sdavis@coxcastle.com
- Shiva S Delrahim    sdelrahim@whitecase.com
- Richard T Egger    richard.egger@bbklaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Andrew A Goodman    agoodman@andyglaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Garrick A Hollander    jmartinez@winthropcouchot.com
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Charles Liu    cliu@winthropcouchot.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Marlene M Moffitt    mmoffitt@allenmatkins.com
- Aram Ordubegian    aordubegian@richardsonpatel.com
- Penelope Parmes    pparmes@rutan.com
- Martha E Romero    Romero@mromerolawfirm.com
- Evan D Smiley    esmiley@wgllp.com
- Ronald M Tucker    rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Geraldine A Valdez    caw@procopio.com, gav@procopio.com,sps@procopio.com
- Sanford M Wall    brenda.eiden@kts-law.com
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>July 6, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

[Via U.S. Mail]
Honorable Richard M Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2009 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | |

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP