BERNARD D. BOLLINGER, JR. (SBN: 132817)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: bbollinger@buchalter.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THE ACTIVE WALLACE GROUP, a California corporation,<br><br>Debtor. | Case No. 6:09-bk-15370 RN<br><br>Chapter: 11<br><br>**CREDITORS' COMMITTEE'S JOINDER IN THE RESPONSE OF THE WESTMINSTER FUNDS TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE OFFERED BY ACTIVE SPORTS LIFESTYLE USA, LLC FOR RIVERSIDE PLAZA LEASE**<br><br>Date: July 17, 2009<br>Time: 9:30 a.m.<br>Ctrm: 1645<br>Edward Roybal Bldg.<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The Official Committee of Unsecured Creditors (the "Committee") of The Active Wallace Group (the "Debtor") hereby submits this Joinder in the Response of the Westminster Funds to Adequate Assurance of Future Performance Offered by Active Sports Lifestyle USA, LLC ("Active Sports") for Riverside Plaza Lease (the "Westminster Funds' Opposition"). The Committee joins in the Westminster Funds' Opposition to the assumption and assignment of the nonresidential real property lease for retail sales space at Riverside Plaza in Riverside, California (the "Riverside Lease") on the following grounds:

BN 3985417v1           1

1. The Westminister Funds' Opposition sufficiently demonstrates that not only has Debtor failed to meet its burden of proof for all of the elements required by 11 U.S.C. § 365(b)(3)(A)-(D), but that Active Sports is in a financially inferior condition than Debtor was at the time Debtor entered into the Riverside Lease. It appears to the Committee that Active Sports is operated by the very same management that guided Debtor into bankruptcy and is continuing to operate post-sale under the same business model with the same number of retail locations that Debtor has already demonstrated is unsustainable. Thus, Debtor has failed to meet its burden of demonstrating adequate assurance of future performance by Active Sports under the Riverside Lease.

2. Due to the substantial increase in cure claims asserted by Debtor's numerous landlords in excess of the amounts originally provided by Debtor in support of the sale, the bankruptcy case could well be administratively insolvent. As a result, there is a possibility that the cure claims of Debtor's numerous landlords cannot be paid in full. Given that Active Sports' counsel stated on the record that Active Sports was committed to the sale regardless of whether all of the leases could be assumed and assigned and the fact that the sale has already closed, there is no harm to the estate if the Riverside Lease is rejected. In fact, since the Westminister Fund is asserting that their cure claim is potentially in excess of $100,000, significantly more than the $17,216.00 initially provided by Debtor, rejection of the Riverside Lease would benefit the estate.

For the foregoing reasons, the Committee joins in the Westminister Funds' Opposition and contends that the Riverside Lease should be rejected.

DATED: July 15, 2009

BUCHALTER NEMER
A Professional Corporation

By: /s/ Brian T. Harvey
BRIAN T. HARVEY
Attorneys for Official Committee of Unsecured Creditors

| In re:<br>The Active Wallace Group, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-bk-15370-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017

The foregoing document described _____ CREDITORS' COMMITTEE'S JOINDER IN THE RESPONSE OF THE WESTMINISTER FUNDS TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE OFFERED BY ACTIVE SPORTS LIFESTYLE, USA, LLC FOR RIVERSIDE PLAN LEASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**See attached list.**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 15, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**Via FedEx**
Hon. Richard Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 15, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Michael Eidelman - meidelman@vedderprice.com
Steve Bell - sbell@phoenixadvisoryllc.com
Marc Winthrop - mwinthrop@winthropcouchot.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2009 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                         **F 9013-3.1**

BN 3985417v1

| In re:<br>The Active Wallace Group,<br><br>                                                             Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:09-bk-15370-RN |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Raymond G Alvarado    ralvarado@adorno.com

- George B Blackmar    gblackmar@bpslaw.net

- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

- Louis J Cisz    lcisz@nixonpeabody.com

- Susan S Davis    sdavis@coxcastle.com

- Shiva S Delrahim    sdelrahim@whitecase.com

- Caroline Djang    crd@jmbm.com

- Richard T Egger    richard.egger@bbklaw.com

- Joseph A Eisenberg    jae@jmbm.com

- Andrew A Goodman    agoodman@andyglaw.com

- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

- Garrick A Hollander    jmartinez@winthropcouchot.com

- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

- Robert E Huttenhoff    rhuttenhoff@shbllp.com

- David W Levene    dwl@lnbrb.com
  Charles Liu    cliu@winthropcouchot.com
  Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
  Hutchison B Meltzer    hmeltzer@wgllp.com
  Marlene M Moffitt    mmoffitt@allenmatkins.com
  Aram Ordubegian    ordubegian.aram@arentfox.com
  Penelope Parmes    pparmes@rutan.com
  Martha E Romero    Romero@mromerolawfirm.com
  Evan D Smiley    esmiley@wgllp.com
  Ronald M Tucker    rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
  United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
  Geraldine A Valdez    caw@procopio.com, gav@procopio.com,sps@procopio.com
  Sanford M Wall    brenda.eiden@kts-law.com
  Marc J Winthrop    pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**

BN 3985417v1