1  MARC J. WINTHROP – State Bar No. 63218
     mwinthrop@winthropcouchot.com
2  GARRICK A. HOLLANDER – State Bar No. 166316
     ghollander@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6
   General Insolvency Counsel
7  for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| In re: | Case No. 6:09-bk-15370 RN |
|---|---|
| THE ACTIVE WALLACE GROUP, a California corporation, | Chapter 11 Proceeding |
| Debtor and Debtor-in-Possession. | **STATUS REPORT**<br><br>DATE: September 12, 2009<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1645 |

The Active Wallace Group dba Active Ride Shops ("Debtor") hereby submits this Status Report in response to the Court's request for certain information made at the status conference held on August 12, 2009.

## I.

## STATUS OF CURE DISPUTES

The Debtor has resolved cure disputes with all landlords except Kimco Realty Corporation, but anticipates resolving this last remaining dispute prior to the upcoming status conference.

## II.

## STRATEGY FOR DISPOSITION OF CASE

In order to ensure compliance with its fiduciary duties, the Debtor is hiring Brian Weiss as its Chief Restructuring Officer to conduct a review and analysis of potential preferential and fraudulent transfers and other potential sources of recovery the estate may have against third parties, as well as wind down the estate. Mr. Weiss has extensive experience assisting debtors in this capacity. Based on a preliminary analysis of avoidance actions the Debtor has identified approximately $8.5 million of potential recoveries. Once the Debtor has completed its analysis of avoidance and other potential actions, the Debtor and/or the Committee intends to retain contingency counsel to prosecute all viable actions.

As soon as the Debtor has a realistic view of the anticipated results of the Debtor's potential litigation of claims against third parties, it will evaluate and determine the optimal means to distribute funds to creditors. Promptly thereafter, the Debtor will file a plan of liquidation or such other pleading as may be appropriate to efficiently effect the distribution of a dividend to creditors and the disposition of this case.

Dated: September __, 2009

THE ACTIVE WALLACE GROUP

By: /s/ John Wallace
John Wallace
Its: Chief Executive Officer

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as DEBTOR'S CASE STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 4, 2009 | PJ Marksbury | /s/ Marksbury |
|---|---|---|
| Date | Type Name | Signature |

MAINDOCS-#133199-v2-ActiveStatusReport.DOC

## NEF SERVICE LIST

- Raymond G Alvarado    ralvarado@adorno.com
- Todd M Arnold    tma@lnbrb.com
- George B Blackmar    gblackmar@bpslaw.net
- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- Louis J Cisz    lcisz@nixonpeabody.com
- Susan S Davis    sdavis@coxcastle.com
- Shiva S Delrahim    sdelrahim@whitecase.com
- Caroline Djang    crd@jmbm.com
- Richard T Egger    richard.egger@bbklaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Andrew A Goodman    agoodman@andyglaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Garrick A Hollander    jmartinez@winthropcouchot.com
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- David W Levene    dwl@lnbrb.com
- Charles Liu    cliu@winthropcouchot.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Marlene M Moffitt    mmoffitt@allenmatkins.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Penelope Parmes    pparmes@rutan.com
- Martha E Romero    Romero@mromerolawfirm.com
- Evan D Smiley    esmiley@wgllp.com
- Ronald M Tucker    rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Geraldine A Valdez    caw@procopio.com, gav@procopio.com,sps@procopio.com
- Sanford M Wall    brenda.eiden@kts-law.com
- Gilbert B Weisman    notices@becket-lee.com
- Marc J Winthrop    pj@winthropcouchot.com