# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name:<br><br>**THE ACTIVE WALLACE GROUP** | For Court Use Only<br><br>**FILED**<br><br>March 29, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY EUD DEPUTY CLERK |
|---|---|
| **Chapter:** 11<br>**Case Number:** 6:09–bk–15370–RN | # ORDER CLOSING CASE |

*The above referenced case has been transferred. An order was approved and entered on , and this case is therefore closed.*

*Dated: 3/29/10*                                                                *By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

333/ EUD